# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 1829 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | |
| v. | : | No. 33 DB 2012 |
| | : | |
| | : | |
| MIKEL D. JONES, | : | Attorney Registration No. 72979 |
| Respondent | : | (Philadelphia) |

## O R D E R

**PER CURIAM:**

AND NOW, this 6th day of August, 2014, there having been filed with this Court by Mikel D. Jones his verified Statement of Resignation dated May 8, 2014, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Mikel D. Jones is accepted; he is disbarred on consent from the Bar of the Commonwealth of Pennsylvania retroactive to July 18, 2012; and he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.